IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EVELYN E. NEVILLE, INDIVIDUALLY )<br>AND AS ADMINISTRATOR OF THE )<br>ESTATE OF MARK W. NEVILLE )<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>S-TEC CORPORATION, MEGGITT )<br>AVIONICS, INC., VIBRO-METER )<br>INC., MEGGITT-USA, INC., and )<br>ABC CORPORATION, )<br>)<br>Defendants. ) | CIVIL ACTION<br><br>FILE NO. 1:04-CV-2850-CAP |

## **STIPULATION OF DISMISSAL AS TO CERTAIN DEFENDANTS, WITH PREJUDICE**

In accordance with the provisions of Rule 41(a)(1)(ii), the parties hereby stipulate to the **dismissal from this action of Defendants S-Tec Corporation, Meggitt Avionics, Inc., Vibro-Meter, Inc., Meggitt-USA, Inc., and ABC Corporation, with prejudice,** and with each dismissed parties bearing its own costs of litigation.

This action remains pending as to the Defendant United States of America.

This 29th day of November, 2005.

                          SCHERFFIUS, BALLARD, STILL & AYRES

                          _/s/ Edward R. Still_
                          Edward R. Still
                          Georgia Bar No: 682253

400 Colony Square, Suite 1018
1201 Peachtree Street NE
Atlanta, GA 30361
(404) 873-1220

**Consented to by:**

_/s/ Terence M. Healy_
**Terence M. Healy, Esq.**
(Signed by Edward R. Still with permission)
U.S. Department of Justice
Torts Branch, Civil Division
P. O. Box 14271
Washington, DC 20044-4271
(Attorney for United States of America)

_/s/ Kevin W. Murphy_
**Kevin W. Murphy**
(Signed by Edward R. Still with permission)
Adler Murphy & McQuillen
One North LaSalle Street, Suite 2300
Chicago, IL 60602

5

_____
**Andrew J. Ekonomou**
(Signed by Edward R. Still with permission)
Ekonomou Atkinson & Lambros, LLC
450 The Hurt Building
50 Hurt Plaza, SE
Atlanta, GA 30303
(Attorneys for S-Tec Corporation, Meggitt
Avionics, Inc., Vibro-Meter Inc. and Meggitt-USA, Inc.)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EVELYN E. NEVILLE, INDIVIDUALLY )<br>AND AS ADMINISTRATOR OF THE )<br>ESTATE OF MARK W. NEVILLE )<br>)<br>    Plaintiffs )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>S-TEC CORPORATION, MEGGITT )<br>AVIONICS, INC., VIBRO-METER )<br>INC., MEGGITT-USA, INC., and )<br>ABC CORPORATION, )<br>)<br>    Defendants. ) | CIVIL ACTION<br><br>FILE NO. 1:04-CV-2850-CAP |

## **CERTIFICATION OF SERVICE**

I hereby certify that I have this day served a copy of the **Stipulation of Dismissal of Certain Defendants** upon all counsel of record by depositing a copy of same in the U.S. Mail with adequate postage, as follows:

Andrew J. Ekonomou
Ekonomou Atkinson & Lambros, LLC
450 The Hurt Building
50 Hurt Plaza, SE
Atlanta, GA 30303

Michael G. McQuillen
Kevin W. Murphy
Adler Murphy & McQuillen
One North LaSalle Street, Suite 2300
Chicago, IL 60602

5

Terence M. Healy, Esq.
U.S. Department of Justice
Torts Branch, Civil Division
P. O. Box 14271
Washington, DC 20044-4271

This 24th day of November, 2005.

SCHERFFIUS, BALLARD, STILL & AYRES

_____
Edward R. Still
Georgia Bar No: 682253

400 Colony Square, Suite 1018
1201 Peachtree Street NE
Atlanta, GA 30361
(404) 873-1220